# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 2:20CR00003 |
| v. ) | **ORDER** |
| ) | |
| **ANTOINE BIGGS,** ) | By:   James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

It appearing proper, it is **ORDERED** that the defendant's Motion to Suppress Evidence (ECF No. 28) is hereby referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, to conduct appropriate proceedings and to submit to the undersigned any proposed findings of fact and recommendations for disposition, pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure.

ENTER: June 1, 2021

/s/ JAMES P. JONES
United States District Judge